UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN HOWARD DARBEE,

        Plaintiff,

v.

COMMISSIONER OF
SOCIAL SECURITY,

        Defendant.
_____/

Case No. 17-cv-10776

Paul D. Borman
United States District Judge

Anthony P. Patti
United States Magistrate Judge

## ORDER (1) ADOPTING MAGISTRATE JUDGE PATTI'S MARCH 20, 2017 REPORT AND RECOMMENDATION (ECF NO. 6), (2) DENYING PLAINTIFF'S APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES (ECF NO. 4), and (3) DENYING PLAINTIFF'S REQUEST FOR SERVICE BY THE UNITED STATES MARSHAL (ECF NO. 7)

On March 20, 2017, Magistrate Judge Anthony Patti issued a Report and Recommendation (ECF No. 6) to deny Plaintiff's Application to Proceed in the District Court Without Prepaying Fees or Costs (ECF No. 4), and to deny Plaintiff's Request for Service by a United States Marshal (ECF No. 5). Having reviewed the Report and Recommendation, and there being no timely objections under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d), the Court ADOPTS the Report and Recommendation, DENIES the application to proceed without prepayment of fees and costs, and

1

DENIES the request for service by a United States Marshal.

Plaintiff must pay the full filing fee within thirty (30) days or this case will be DISMISSED.

IT IS SO ORDERED.

                                          s/Paul D. Borman
                                          PAUL D. BORMAN
                                          UNITED STATES DISTRICT JUDGE

Dated: April 11, 2017

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on April 11, 2017.

                                          s/Deborah Tofil
                                          Case Manager